UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MELISSA DAWN GROVE,** | : |
| Plaintiff | : CIVIL ACTION NO. 3:22-cv-0915 |
| v. | : (JUDGE MANNION) |
| **COMMISSIONER OF SOCIAL SECURITY,** | : |
| | : |
| Defendant | : |
| | : |

# ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

(1) Plaintiff's objections **(Doc. 18)** to the report of Judge Saporito are **OVERRULED**.

(2) The report and recommendation of Judge Saporito **(Doc. 17)** is **ADPOPTED IN ITS ENTIRETY**.

(3) Plaintiff's appeal of the decision of the Commission denying her claims for disability insurance benefits and supplemental security income **(Doc. 1)** is **DENIED**.

- 2 -

**(4)** The decision of the Commissioner denying Plaintiff's claims for disability insurance benefits and supplemental security income is **AFFIRMED**.

**(5)** The Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: September 26, 2023**
22-0915-01